IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

Lisa McDowell,                          )
                                        )
                Plaintiff,              )
                                        )   C.A. No. 5:13-3483-RMG
        vs.                             )
                                        )
Carolyn W. Colvin, Acting Commissioner  )
of Social Security,                     )
                                        )   **ORDER**
                Defendant.              )
                                        )
                                        )

This matter comes before the Court on Defendant's motion that the prior decision of the Commissioner be reversed and remanded to the agency for further administrative action. (Dkt. No. 16). The Commissioner asserts that remand is necessary for the Administrative Law Judge to address the following issues: (1) obtain clarification from Dr. Singleton of his opinion regarding the specific functional limitation of each upper extremity; (2) evaluate further the medical opinions of Dr. Singleton and Dr. Heilpern and explain the weight given each opinion; (3) evaluate Plaintiff's credibility further in accord with SSR 96-7p; (4) evaluate Plaintiff's RFC in light of the new evidence; and (5) obtain vocational expert testimony and, if necessary, medical expert testimony regarding the functional impact of Plaintiff's impairments. (Dkt. No. 16-1 at 1-2). The Court is informed that Plaintiff's counsel consents to the motion. (Dkt. No. 16 at 2).

Based upon the foregoing, the decision of the Commissioner is hereby reversed pursuant to Sentence Four of 42 U.S.C. § 405(g) and remanded to the agency for further action in accord

with the issues set forth above.

    AND IT IS SO ORDERED.

_____<br>
Richard Mark Gergel<br>
United States District Judge

July 18, 2014<br>
Charleston, South Carolina